1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   SALVADOR PEREZ,                              No.  2:24-cv-2817 AC P

12                    Petitioner,

13        v.                                      ORDER

14   S. SAMALOSON,

15                    Respondent.

16

17          Petitioner is a federal prisoner proceeding pro se with a habeas corpus petition filed

18   pursuant to 28 U.S.C. § 2241.  On December 2, 2024, respondent filed a motion to dismiss the

19   petition.  ECF No. 8.  Petitioner has not opposed or otherwise responded to the motion.  Good

20   cause appearing, IT IS HEREBY ORDERED that, within twenty-one days after the service of this

21   order, petitioner shall file and serve an opposition or statement of non-opposition to the pending

22   motion to dismiss.  Failure to comply with this order will result in a recommendation that this

23   action be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil

24   Procedure 41(b) without further warning.

25   DATED: January 21, 2025

26

ALLISON CLAIRE
27                                               UNITED STATES MAGISTRATE JUDGE

28

1